ALICE HOLLAND, Appellant, *v.* THE MAYOR, ALDERMEN AND
COMMONALTY OF THE CITY OF NEW YORK, Respondent.

(Argued December 18, 1891; decided January 20, 1892.)

APPEAL from judgment of the General Term of the Court of
Common Pleas for the city and county of New York, entered
upon an order made April 8, 1890, which affirmed a judgment
in favor of defendant, entered upon a decision of the court on
trial at Circuit.

*William King Hall* for appellant.

*David J. Dean* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

THOMAS B. GILFORD, Respondent, *v.* THE MAYOR, ALDERMEN
AND COMMONALTY OF THE CITY OF NEW YORK, Appellant.

(Argued December 18, 1891; decided January 20, 1892.)

APPEAL from judgment of the General Term of the Supreme
Court in the first judicial department, entered upon an order
made February 18, 1891, which affirmed a judgment in favor
of plaintiff, entered upon a verdict directed by the court.

*David J. Dean* for appellant.

*Charles E. Miller* for respondent.

Agree to reverse and grant new trial on authority of *Trip-
ler* v. *Mayor; etc.* (125 N. Y. 617) and *Redmond* v. *Mayor,
etc.* (Id. 632) ; no opinion.
All concur, ANDREWS, J., not voting.
Judgment affirmed.